United States Bankruptcy Court
Western District of Oklahoma

| | |
|---|---|
| In re: | Case No. 20-11260-JDL |
| Brandon K. Drain | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: ntcasgcl | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 6448288 | + Email/Text: bankruptcy@acacceptance.com | Dec 22 2021 20:59:00 | AMERICAN CREDIT ACCEPTANCE, 961 East Main Street, 2nd Floor, Spartanburg SC 29302-2185 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2021              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret D. Davis | on behalf of Creditor Lakeview Loan Servicing LLC bdavis@lamunmock.com dstewart@lamunmock.com;r48987@notify.bestcase.com |
| Dekovan L. Bowler | on behalf of Debtor Brandon K. Drain dlbowler@hotmail.com |
| John T. Hardeman | 13trustee@chp13okc.com  trustee@chp13okc.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

District/off: 1087-5 User: admin Page 2 of 2
Date Rcvd: Dec 22, 2021 Form ID: ntcasgcl Total Noticed: 1
TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Dec. 22, 2021<br>Douglas E. Wedge , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

IN RE:

**Brandon K. Drain**

    Debtor(s).

Case Number:  20−11260 − JDL

Chapter  13

### NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT OF CLAIM

You are advised that an Assignment of Proof of Claim has been filed with this Court.
    Amount $ 7,799.87    Claim number 1

Name of Alleged Transferor:
American Credit Acceptance

Name of Transferee:
PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC

Address of Alleged Transferor:
961 East Main Street
Spartanburg SC 29302

Address of Transferee:
POB 41067
Norfolk, VA 23541

If no objection is received by the Clerk on or before  January 12, 2022, the transferee or assignee will be substituted as the original claimant without further order of the court.

Dated: **December 22, 2021**

Address of the Court
  215 Dean A. McGee Avenue
  Oklahoma City, OK 73102
  Telephone Number: (405) 609−5700
  Hours Open: 8:30 a.m. − 4:30 p.m. Monday − Friday

FOR THE COURT
Douglas E. Wedge
Clerk of the Bankruptcy Court

By: /s/ Stephanie Boatman
Deputy Clerk